**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**


Case No. 12-81364-CIV-RYSKAMP/HOPKINS


CHARLOTTE TAYLOR-TILLOTSON,

     Plaintiff,


v.


FLORIDA DEPARTMENT OF CHILDREN
AND FAMILIES CIRCUIT 15, PALM BEACH
UNIT, et al.,

     Defendants.

_____/


**ORDER CLOSING CASE**


THIS CAUSE comes before the Court pursuant to the report and recommendation of

United States Magistrate Judge James M. Hopkins, dated November 4, 2013 **[DE 65]**.  Plaintiff

filed objections thereto on November 8, 2013 **[DE 66]**.  The Court has reviewed the report and

recommendation, the objections filed thereto and has conducted a de novo review of the

underlying record.  It is hereby

ORDERED AND ADJUDGED that the report and recommendation is ADOPTED,

AFFIRMED and APPROVED.  Defendants' motions to dismiss **[DE 17, 28, 44]** are GRANTED.

Plaintiff's motions to amend **[DE 60, 61]** are DENIED.  The above-styled case is DISMISSED

WITH PREJUDICE.  The Clerk of Court shall CLOSE this case and DENY any pending motions

2

as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 13th day of

November, 2013.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE